UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JACK AUTHUR HEFFLEY, III,  )
                           )
           Plaintiff,      )   Case No.:  2:15-cv-01273-GMN-VCF
    vs.                    )
                           )
SWIFT TRANSPORTATION OF AZ LLC, )
                           )   **ORDER ACCEPTING REPORT &**
           Defendant.      )   **RECOMMENDATION OF MAGISTRATE**
                           )   **JUDGE CAM FERENBACH**

Before the Court for consideration is the Report and Recommendation (ECF No. 2) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered September 15, 2015.

Pursuant to Local Rule IB 3-2(a), objections were due by October 1, 2015.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Cam Ferenbach's Recommendation should be accepted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 2) is ACCEPTED.

**IT IS FURTHER ORDERED** that the Plaintiff's Complaint (ECF No. 3) is DISMISSED with leave to amend.

**IT IS FURTHER ORDERED** that the Plaintiff shall have until December 4, 2015 to file an amended complaint.

**DATED** this   28   day of October, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court