4  **JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
5  Las Vegas, Nevada 89169
Tel: (702) 921-2460
6  Fax: (702) 921-2461

7  *Attorneys for Defendant Swift*
*Transportation Co. of Arizona,*
8  *LLC(erroneously sued as "Swift*
*Transportation of AZ, LLC")*

9

10            **UNITED STATES DISTRICT COURT**
                **DISTRICT OF NEVADA**

11

| | |
|---|---|
| JACK AUTHUR HEFFLEY III, | Case No. 2:15-cv-01273-GMN-VCF |
| Plaintiff, | **STIPULATED MOTION FOR** |
| vs. | **DISMISSAL WITHOUT PREJUDICE** |
| SWIFT TRANSPORTATION OF AZ LLC, A Texas Corporation, | |
| Defendant. | |

12

13

14

15

16

17                    **STIPULATED MOTION**

18          Pursuant to Fed. R. Civ. P. 41(a)(1), the parties, by and through their counsel of record,

19  request the Court dismiss this action without prejudice and without costs or fees to any party. The

20  parties respectfully advise the Court that Plaintiff intends to refile the matter in arbitration before

21  the American Arbitration Association in the Phoenix Office.

22  Dated this 29th day of March, 2016.          Dated this 29th day of March, 2016.

23  PLAINTIFF, PRO SE                            JACKSON LEWIS P.C.

24  _____             *s/Barry Alan Johnsrud*
    Jack Authur Heffley III                     Barry Alan Johnsrud, Pro Hac Vice
25  5546 Camino Al Norte Ste. 2-294             Deverie J. Christensen, Bar No. 5837
    North Las Vegas, NV 89031                   Sarah T. Bassett, Bar No. 12326
26  *Plaintiff, Pro Se*                         3800 Howard Hughes Parkway, Suite 600
                                                Las Vegas, Nevada 89169
27                                              *Attorneys for Defendant*

28

JACKSON LEWIS P.C.
LAS VEGAS

IT IS SO ORDERED:

DATED: April 5, 2016

_____
UNITED STATES DISTRICT COURT JUDGE